IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            v.                                 24-CR-00105

ERIC GUO,

                 Defendant.

## INFORMATION
(Title 8, United States Code, Section 1324(a)(1)(A)(ii))

## COUNT 1

**The United States Attorney Charges That:**

On or about May 25, 2024, in the Western District of New York, the defendant, ERIC GUO, knowing or in reckless disregard of the fact that an alien came to, entered, or remained in the United States in violation of law, transported and attempted to transport such alien, by means of transportation or otherwise, in furtherance of such violation of law.

**All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

DATED: August 12, 2024.

TRINI E. ROSS
United States Attorney

BY: _____
PAUL E. BONANNO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5873
Paul.Bonanno@usdoj.gov

UNITED STATES DISTRICT COURT
FILED
AUG 12 2024
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY